## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ICOBOX, et al.<br><br>　　　　Defendant(s). | CASE NO.<br>2:19−cv−08066−DSF−E<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

　　Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before January 10, 2020.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

　　IT IS SO ORDERED.

Date: December 10, 2019　　　　　　　　 /s/ *Dale S. Fischer*
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge