AMY J. LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
BRENT W. WILNER (Cal. Bar No. 230093)
Email: wilnerb@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ICOBOX and NIKOLAY EVDOKIMOV, <br><br> Defendants. | Case No. 2:19-cv-08066-DSF (Ex) <br><br> **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ICOBOX AND NIKOLAY EVDOKIMOV** <br><br> Judge: Dale S. Fischer <br> Date: February 10, 2020 <br> Time: 1:30 p.m. <br> Courtroom 7D |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND TO DEFENDANTS:**

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC") hereby moves the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, C.D. Cal. Local Rule 55-1, and this Court's order to show cause dated December 10, 2019 (Dkt. No. 12), for entry of a final judgment by default against Defendants ICOBox and Nikolay Evdokimov.  This motion is based upon the Default by Clerk Re: defendants (Dkt. No. 11), the accompanying Memorandum of Points and Authorities, the Declaration of Amy Jane Longo, the filings and records in this action, and any other evidence or argument the SEC may present in support of the motion.

Dated:  January 9, 2020                          Respectfully submitted,

*/s/ Amy J. Longo*
Amy J. Longo
Attorney for Plaintiff
Securities and Exchange Commission

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 9. 2020, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ICOBOX AND NIKOLAY EVDOKIMOV** on all the parties to this action addressed as stated on the attached service list:

☐    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  January 9, 2020

*/s/ Amy Jane Longo*
Amy Jane Longo

***SEC v. ICOBox, et al.***
**United States District Court—Central District of California**
**Case No. 2:19-cv-08066-DSF-Ex**

## <u>SERVICE LIST</u>

ICOBox
neo@icobox.io
***Pro Se Defendant***


Nikolay Evdokimov
neo@icobox.io
***Pro Se Defendant***

2