# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| Nikolay Evdokimov<br>27325 Santa Clarita Road<br>Santa Clarita, CA 91350 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docketed |
|---|---|---|
| Disgorgement<br><br>$16,059,429.99 | U.S. Securities and Exchange Commission<br>Division of Enforcement<br>Collections Unit<br>100 F. Street, N.E.<br>Washington, DC 20549-4010 | Judgment Entry Date:<br>3/05/2020<br><br>Case No.<br>2:19-cv-08066-DSF-E  X<br><br>Docket No.<br>17 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**

_Central_ **DISTRICT OF** _California_

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Date. [City] 6-25 , 20 20

By _[signature]_ , Clerk

CHRIS SAWYER

1149